UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael Scott McRAE, Defendant–Appellant.

No. 00–7315.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2001.

Decided March 7, 2001.

Michael Scott McRae, pro se. Rudolf A. Renfer, Jr., Assistant United States Attorney, John Howarth Bennett, Office of the United States Attorney, Raleigh, NC, for appellee.

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Michael Scott McRae appeals the district court's order denying his motion for a new trial under Fed.R.Crim.P. 33. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See United States v. McRae,* No. CR–97–94 (E.D.N.C. Sept. 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*AFFIRMED.*